CAUSE NO. _____4:18cv3711_____



OCT 09 2018

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

YOLANDA M. WILLIAMS

Plaintiff

v

UNIVERSITY OF TEXAS POLICE DEPARTMENT et.al.

Defendant(s)

**ORIGINAL**

## COMPLAINT

Plaintiff, YOLANDA M WILLIAMS hereby sues above mention defendants and alleges as follows:

## INTRODUCTION

1. The above listed defendants wrongfully arrested the plaintiff with no probable cause, sexually assaulted/assaulted and intentionally falsify information into plaintiff record, invoking prior arrest to gain a conviction. Also, plaintiff alleges unreasonable search and seizure.

## JURISDICTION AND VENUE

2. This court has jurisdiction over this matter because the plaintiff civil lawsuit excess the amount of 10,000 dollars. In which, excess the amount of the smalls claim court.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff respectfully requests this court to grant a monetary judgment for the reason stated in this motion and the evidence to be presented in court.

*/s/ Yolanda M. Williams*

Yolanda M. Williams

P.O. Box 524303

Houston, TX 77052

wlonda48@gmail.com

281-804-8292

No._____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

YOLANDA M. WILLIAMS

Plaintiff

v

UNIVERSITY OF TEXAS POLICE DEPARTMENT - et.al.

Defendant

I, Yolanda M. Williams, do swear or declare that on this date 10/90 2018, as required by law; I have served a motion for a civil lawsuit on each party to the above proceeding or that party's counsel, and on every other person required to be reserved, by email or first class postage prepaid.

UNIVERSITY OF TEXAS POLICE DEPARTMENT - et.al.

7777 Knight Road

Houston, Texas 77054

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/19/18

Yolanda M. Williams

*[signature: Yolanda M. Williams]*

Signature